In the Matter of the Claim of TALMADGE MOSLEY, Respondent, against SINRAM BROTHERS, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued January 5, 1938; decided January 25, 1938.

*William B. Davis* and *E. C. Sherwood* for appellants.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.